■ ROBERT COSTELLO et al., Infants, by Their Guardian ad Litem, STEVE COSTELLO, et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ JAMES J. LEIBMAN, Respondent, v. AUTOMATIC CAFETERIAS FOR INDUSTRY, INC., et al., Defendants-Appellants and Third-Party Plaintiffs. ELIZABETH PERLMAN et al., as Executors of ABRAM M. PERLMAN, Deceased, Third-Party Defendants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT McCANN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ SHIRLEY MOSKOWITZ, Appellant, v. BERNARD MOSKOWITZ et al., Respondents.— Judgment unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JOHN J. DE LURY et al., Appellants, v. JERRY WURF et al., Respondents. — Orders, entered on June 6, 1962 and July 17, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JOHN J. CONROY, as Secretary-Treasurer of Uniformed Sanitationmen's Association, Local 831, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants, v. JERRY WURF et al., Respondents.— Order, so far as appealed from, entered on June 6, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANGEL L. SANTIAGO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANGEL LUIS SANTIAGO.— Motion for leave to appeal as a poor person dismissed by reason of the disposition of motion in People v. Santiago (17 A D 2d 917). Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ RAY HAWKINS v. THAYER LINDSLEY et al.— Motion for an extension of time denied. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. AUTOMOBILE TRANSPORTERS WELFARE FUND, and WALTER F. CAREY et al.— Motion granted only insofar as to permit movants to file a brief as amicus curiæ on or before November 9, 1962. The appeal is placed on the November 13, 1962 Calendar of this court. Reply points, if any, are to be served and filed on or before November 13, 1962. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ In the Matter of NATHANIEL I. STICH et al. v. ROBERT F. WAGNER et al. — Motion granted and the appeals transferred to the Appellate Division, Third Judicial Department. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY BONOMOLO.— Enlargement of time granted. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.